UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ALLY FINANCIAL INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:16 CV 1080 CDP |
| | ) | |
| M.B. THOMAS RV SALES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before me to reopen this case so that the parties can "continue their efforts to carry out the settlement terms." I dismissed this case on March 29, 2017, under Fed. R. Civ. P. 41 because the parties failed to comply with my Order setting a deadline for them to file their dismissal papers (or request an extension to do so) after advising me in January that the case was settled. [23]. However, in the interests of justice, I will grant the joint request to reopen the case for the very limited purpose of finalizing the settlement. No later than June 9, 2017, the parties will file either a joint stipulation for dismissal or a motion to enforce the settlement as appropriate. If a motion to enforce settlement is filed, the motion shall be accompanied by a joint statement setting out the good faith efforts the parties have made to finalize the settlement, as well as proposed deadlines for a limited briefing and/or hearing schedule if one is requested. If the parties ignore

this Order as they ignored my previous one, the case will be closed without further notice or warning by the Court.

Accordingly,

**IT IS HEREBY ORDERED** that this case is reopened for the limited purpose of permitting the parties to continue their settlement efforts.

**IT IS FURTHER ORDERED** <u>that the parties shall either file a stipulation of dismissal or a motion in compliance with this Memorandum and Order no later than June 9, 2017, or this case will be closed without further notice or warning by the Court</u>.

                                                              _____
                                                              CATHERINE D. PERRY
                                                              UNITED STATES DISTRICT JUDGE

Dated this 30th day of May, 2017.