UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALLY FINANCIAL INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:16 CV 1080 CDP |
| ) | |
| M.B. THOMAS RV SALES, INC., ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

Plaintiff's motion to enforce settlement [26] has been pending in this case since June of last year. The Court has granted countless extensions of time for the briefing of that motion because of the parties' efforts to effectuate the settlement. Given the latest request for extension of time, it is clear that the parties have all but completed the paperwork necessary to effectuate the settlement. For that reason, I will deny the motion to enforce settlement without prejudice to being refiled if necessary. However, I expect the parties to continue their efforts to complete settlement.

Accordingly,

**IT IS HEREBY ORDERED** that the motion to enforce settlement [26] is denied without prejudice to being refiled if necessary.

**IT IS FURTHER ORDERED** that the motion for extension [45] is denied as moot.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 12th day of March, 2018.